# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ALBERT W. LIDDELL, ADC # 074014                                                                    PLAINTIFF

v.                                         No. 1:15CV00069 JLH-JJV

G. BROADWAY, Correctional
Officer, North Central Unit                                                                           DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 20th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE